# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
GLJ, LLC d/b/a O2-COOL

**DEFENDANTS**
MANY MINI TOYS, AD-LINE INDUSTRIES, INC., GOODVIEW INDUSTRIES CO., INC., ELRAM CORPORATION and PENGUIN PRODUCTS LLC

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Nassau
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Rockey, Depke & Lyons, LLC
233 South Wacker Drive, Suite 5450
Chicago, Illinois 60606   Phone# (312) 277-2006

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Incorporated or Principal Place of Business In This State — PTF [X] 4
Incorporated and Principal Place of Business In Another State — DEF [X] 5

## IV. NATURE OF SUIT
PROPERTY RIGHTS — [X] 830 Patent

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
35 U.S.C. Section 271 - Patent Infringement

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

**IX. This case** [ ] is not a refiling of a previously dismissed action.

**DATE:** August 5, 2008

SIGNATURE OF ATTORNEY OF RECORD: /s/ Keith V. Rockey

FILED: AUG 05, 2008
08CV4412
JUDGE KENNELLY
MAGISTRATE JUDGE COX
RCC