U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| GLJ, LLC d/b/a O2-COOL v.<br>MANY MINI TOYS, AD-LINE INDUSTRIES, INC.,<br>GOODVIEW INDUSTRIES CO., INC. ELRAM<br>CORPORATION and<br>PENGUIN PRODUCTS LLC | FILED: AUG 05, 2008<br>08CV4412<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COX<br>■ RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, GLJ, LLC d/b/a O2-COOL

| | |
|---|---|
| NAME (Type or print)<br>Keith V. Rockey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ | |
| FIRM<br>Rockey, Depke & Lyons, LLC | |
| STREET ADDRESS<br>233 South Wacker Drive, Suite 5450 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02360624 | TELEPHONE NUMBER<br>(312) 277-2006 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |