IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) | |
| | ) | FILED: AUG 05, 2008 |
| Plaintiff, | ) Civil Action No. 08CV4412 | |
| | ) | JUDGE KENNELLY |
| v. | ) | MAGISTRATE JUDGE COX |
| | ) | RCC |
| MANY MINI TOYS, | ) | |
| AD-LINE INDUSTRIES, INC., | ) | |
| GOODVIEW INDUSTRIES CO., INC., | ) | |
| ELRAM CORPORATION AND | ) | |
| PENGUIN PRODUCTS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT OF GLJ, LLC UNDER FED.CIV.P. RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the Northern District of Illinois, Plaintiff, GLJ, LLC d/b/a O2-Cool ("GLJ"), hereby states that GLJ does not have any parent corporation or any entity that owns five (5) percent or more of its stock.

Dated: August 5, 2008          GLJ, LLC

By: <u>s/ Keith V. Rockey</u>
   KEITH V. ROCKEY (ID #02360624)
   KATHLEEN A. LYONS (ID #06186939)
    Rockey, Depke & Lyons, LLC
    Sears Tower, Suite 5450
    233 South Wacker Drive
    Chicago, Illinois 60606
    Phone: (312) 277-2006
    Facsimile: (312) 441-0570

Attorneys for Plaintiff GLJ, LLC